IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  ) | CR 14-8020-PCT-DGC (LOA) |
| Plaintiff,  ) | **MINUTE ORDER** |
| vs.  ) | **SEALED** |
| Gordon Leroy Hall, et al.,  ) | |
| Defendant.  ) | |

Due to a clerical error, this case was incorrectly assigned to the Prescott division. This matter has been reassigned to the Phoenix division and assigned to Judge Neil V. Wake. Judge David G. Campbell is no longer assigned. All future documents should bear the correct case number: CR-14-00184-PHX-NVW (MHB).

DATED: 02/10/14

BRIAN D. KARTH
District Court Executive/Clerk

By  s/Elaine Leon
Elaine Leon
Deputy Clerk

cc: AUSA/NVW/DGC/PTS/USMS